UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:14-058 |
| | ) | |
| RUSSELL DONALD BENJAMIN | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Victor Hawk,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Victor Hawk be granted leave of absence for the following period: **April 3, 2015 through April 13, 2015; April 17, 2015; April 30, 2015 through May 1, 2015; June 22, 2015 through June 29, 2015; July 28, 2015 through August 2, 2015; September 2, 2015 through September 7, 2015; November 12, 2015 through November 16, 2015; December 10, 2015 through December 11, 2015; December 20, 2015 through January 5, 2016.**

This ____ day of March, 2015.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia