IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *    CR 114-058 |
| | * |
| RUSSELL DONALD BENJAMIN | * |

O R D E R

On December 22, 2022, the Court denied without prejudice Defendant Russell Donald Benjamin's motion to allow visitation of his infant granddaughter. (See Doc. 82.) Defendant has now renewed his request and has included the notarized affidavits of the child's parents (Defendant's son and daughter-in-law), in which they both agree to allow visitation under one or the other's supervision.

The United States Attorney's Office has not responded to the motion, and Defendant's supervising probation officer has no objection to supervised visitation. Also, the Court has been notified that Defendant has been in therapy for two years and his therapist has reported no issues.

Upon consideration, the Court hereby **GRANTS** Defendant's "Motion for Reconsideration Request for Visitation" (doc. 83). The Court imposes the following conditions as it relates to this matter:

- Defendant may have visitation with his granddaughter provided that one or both of the child's parents are present at all times. However, regardless of who is present, visitation may not occur in Defendant's home.

- Defendant's visitation with the child must occur between the hours of 7:00 a.m. and 9:00 p.m. Defendant is not permitted to spend the night in the same location as the child.

- Defendant may possess photographs of his granddaughter provided by one or both of the child's parents **and** approved by Defendant's supervising probation officer.

- Defendant's supervising probation officer is directed to contact one or both of the child's parents every three months to ensure these conditions are being met and to determine whether there are any changed circumstances that would require modification to this Order. The supervising probation officer shall maintain a record of these inquiries in the file.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of April, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA